# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY ALEXIS MELLADO-ZAMORA,<br><br>Defendant | Case No. 21CR3247-W<br><br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Jeffrey Alexis Mellado-Zamora without prejudice.

IT IS SO ORDERED.

DATED: August _1_, 2023

_____
HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE